Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Texas ▾

Houston Division

Brian Onyeama

)  Case No.  **2 0 CV 3 8 8 4**
)
)  *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)*  )
*(Write the full name of each plaintiff who is filing this complaint.*  )
*If the names of all the plaintiffs cannot fit in the space above,*  )  Jury Trial: *(check one)*  ☐ Yes  ☑ No
*please write "see attached" in the space and attach an additional*  )
*page with the full list of names.)*  )
-v-  )
Harris County  )
)  **United States Courts**
City of Houston  )  **Southern District of Texas**
)  **FILED**
)
*Defendant(s)*  -  )  **NOV 16 2020**
*(Write the full name of each defendant who is being sued. If the*  )
*names of all the defendants cannot fit in the space above, please*  )  **David J. Bradley, Clerk of Court**
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Onyeama |
| Address | 9611 Mango |

| | | |
|---|---|---|
| Houston | Tx | 77075 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Harris |
| Telephone Number | 346-228-1439 |
| E-Mail Address | onyeama87@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Houston |
| Job or Title *(if known)* | |
| Address | 901 Bagby |

| | | |
|---|---|---|
| houston | Tx | 77002 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Harris |
| Telephone Number | 713-837-0311 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Harris County |
| Job or Title *(if known)* | |
| Address | 1001 preston , suite 911 |

| | | |
|---|---|---|
| Houston | Tx | 77002 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Harris |
| Telephone Number | 713-274-7000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II.      Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1st amendment, 4th amendment, 14th amendment

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City Of Houston and Harris County violated my 1st amendment under color of law by arresting me for exercising freedom of speech .
The City Of Houston and Harris County violated my 4th amendment under color of law by taking me and my handgun into their custody when I was arrested for verbally expressing the disappointment I felt by being denied service from the Houston Police.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?
9611 Mango Houston,Texas 77075

B.      What date and approximate time did the events giving rise to your claim(s) occur?
October 10, 2020 around 4:30 pm. October 31, 2020 around 7:30 pm

C.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered numerous medical emergencies while in police custody. I also still suffer from emotional distress and mental anguish from the arrest and ankle monitor. Due to lack of insurance, my injuries are not yet treated.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking $800,000.00 in damages. The basis for these claims are for the mental anguish and the humiliation that I endured from being arrested and being ordered to wear an ankle monitor. I also want the arrest off of my record, free of charge, because the arrest has the ability to hurt my chances of getting a future job. I want the evidence of all audio,video, sealed after this matter is resolved. I also would like my property back into my custody.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            11/10/2020

Signature of Plaintiff

Printed Name of Plaintiff       Brian Onyeama

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address